**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

GLORIA J. MEYERS,

    Plaintiff,

v.                                                Case No. 13-10361

RESIDENTIAL CREDIT SOLUTIONS, et al.,

    Defendants.

                                                 /

**ORDER DENYING WITHOUT PREJUDICE
DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT**

Before the court is Defendant Residential Credit Solutions's motion for a more definite statement, filed February 6, 2013. The Local Rules require any movant to first seek concurrence and, if not obtained, to report the details to the court. E.D. Mich. LR 7.1(a). Concurrence results in a stipulation; concurrence unreasonably withheld can result in sanctions. The motion and brief in support state no effort of any kind to seek concurrence.

In any discussion seeking future concurrence to possibly remedy the instant complaint, Plaintiff and Defendant should focus upon Federal Rules of Civil Procedure 8 and 15 (requiring a short and plain statement and allowing amendments, respectively) and *Bell Atlantic Corp. v. Twombly,* 550 U.S. 544 (2007) (explaining a standard of "plausible" pleading). Accordingly,

IT IS ORDERED that Defendant's motion for more definite statement [Dkt. # 3] is DENIED WITHOUT PREJUDICE.

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: February 11, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 11, 2013, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522