UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLORIA MYERS,

      Plaintiff,                              No. 13-10361

v.

                                         Magistrate Judge R. Steven Whalen

RESIDENTIAL CREDIT SOLUTIONS,

      Defendant.
_____/

**ORDER FOR PLAINTIFF GLORIA MYERS TO RESPOND
AND STAYING PROCEEDINGS**

      On September 24, 2013, Attorney F. Anthony Lubkin filed a motion to withdraw as counsel for the Plaintiff [Doc. #26]. Within 14 days of the date of this Order, Plaintiff Gloria Myers shall inform the Court in writing whether she objects to Mr. Lubkin's request to withdraw. If Ms. Myers does not submit a written objection within 14 days, the Court will grant Mr. Lubkin's motion to withdraw.

      Attorney Lubkin shall provide a copy of this Order to Ms. Myers.

      All proceedings in this case, including the filing of a response to Defendant's Motion to Dismiss [Doc. #27], are STAYED until further order of the Court.

      IT IS SO ORDERED.


Date: September 25, 2013          s/ R. Steven Whalen
                                              R. STEVEN WHALEN
                                              UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on September 25, 2013, electronically and/or by U.S. mail.

                                              s/Michael Williams
                                              Case Manager to the
                                              Honorable R. Steven Whalen