UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLORIA MYERS,

      Plaintiff,                        No. 13-10361

v.

                                     Magistrate Judge R. Steven Whalen

RESIDENTIAL CREDIT SOLUTIONS,

      Defendant.
_____/

**ORDER**

      Before the Court is Defendant Residential Credit Solutions' Motion to Dismiss [Doc. #16]. On July 1, 2013, I ordered Plaintiff Gloria Myers to file a response by July 22, 2013.  To date, she has not done so.

      However, on September 3, 2013, Plaintiff, through counsel, filed a"Revised Corrected Second Amended Complaint" [Doc. #25], and on September 24, 2013, Defendant filed a motion to dismiss that second amended complaint [Doc. #27].  The Defendant's original motion to dismiss is therefore moot.

      Accordingly, Defendant's Motion to Dismiss [Doc. #16] is DENIED AS MOOT.  The Court will rule separately on Defendant's subsequent motion to dismiss [Doc. #27].

      IT IS SO ORDERED.

Dated: March 31, 2014                s/R. Steven Whalen
                                        R. STEVEN WHALEN
                                        UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on March 31, 2014, electronically and/or by U.S. mail.

                                        s/Michael Williams      \
                                        Case Manager for the
                                        Honorable R. Steven Whalen